IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE CHRISTIAN KUNTZ,<br>Plaintiff | 4:24cv1875 |
| | (Judge Munley) |
| | (Magistrate Judge Caraballo) |
| v. | |
| THOMAS ROSS MCPHERSON,<br>Defendant | |

## ORDER

Presently before the court is the Report and Recommendation ("R&R") of Magistrate Judge Phillip J. Caraballo recommending that the court dismiss Plaintiff Lance Christian Kuntz's amended complaint with prejudice.[1] (Doc. 10). No objections to the R&R have been filed and the time for such filing has passed.

In deciding whether to adopt an R&R when no timely objection is filed, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b), 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

---

[1] Magistrate Judge Caraballo construed plaintiff's "motion requesting supplemental pleading", (Doc. 9), as an amended complaint, (Doc. 10, R&R, at 3).

After a careful review, the court finds neither clear error on the face of the record nor a manifest injustice, and therefore, the court shall accept the R&R and adopt it in its entirety.

1) The R&R, (Doc. 10), is **ADOPTED**;

2) Plaintiff's amended complaint, (Doc. 9), is **DISMISSED** with prejudice; and

3) The Clerk of Court is directed to close this case.

Date: 12/18/25

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court